**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:J. Earl Cudd |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-60 RHK |
| | ) | Date: January 11, 2005 |
| **Scott Mitchell Peterson,** | ) | Court Reporter: None |
| | ) | Tape Number: Not taped |
| Defendant. | ) | Time Commenced: 11:00 a.m. |
| | | Time Concluded: |
| | | Time in Court: Minutes |

## APPEARANCES:

**Plaintiff:** Jim Lackner
Assistant U.S. Attorney

**Defendant:**
9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter: NA // English

Date Charges Filed: December 27, 2004 Offense: Use of Alcohol

9Charges read into record 9 Waived Reading of Charges 9 Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release T Supervised Release

9 **Charges from other District ________________________________________________**

9 Government moves for detention.
Motion is: 9 granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

**Bond set in the amount of ____________ with conditions, see Order Setting Conditions of Release.**

Next appearance date
9 detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg 9 preliminary revocation

9Detention hearing waived 9 Preliminary hearing waived 9Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:
**Defendant did not appear. Bench warrant ordered.**

s/Joan Flood
Signature of Judicial Assistant