AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

2004 DEC 28 A 10: 10

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

v.

Case Number: CR 02-60(1) RHK

Scott Michael Peterson
[redacted]
West St Paul, MN [redacted]

RECEIVED
JAN 14 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E, Eighth Floor**
**U.S. Courthouse**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable J. Earl Cudd**

On: **January 11, 2005 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Mary Kay Furchner
Mary Kay Furchner, Deputy Clerk

Dated: December 27, 2004

SCANNED
JAN 18 2005
U.S. DISTRICT COURT MPLS

criminal\summons.frm

DC Modified 12/03/04

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] Date:

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______________________

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☒ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11 Jan 05
Date

Al. Gruber
Name of United States Marshal

Keyes 3483/
(by) Deputy United States Marshal

Remarks:
1st Endeavor, 7 Jan 05 @ 1445hrs, 1 DUSM, 1hr 30miles RT Notice Left.
2nd Endeavor, 10 Jan 05 @ 1100hrs, 1 DUSM, 1hr, 30miles RT Notice Left
3rd Endeavor, 10 Jan 05 @ 1330hrs, 1 DUSM, Contacted place of employment (Western Delivery's 952-471-8778)
Scott did not show up for work and was unreachable.
4th Endeavor, 10 Jan 05 @ 1400hrs, 1 DUSM, Called Scott at home (651-554-0657) no answer
Called Scott's cell phone (651-210-1608) left message to return call.
11 Jan 05 @ 0930 No Return call from Scott.

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure