UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number 02-060 (01) RHK

UNITED STATES OF AMERICA, Plaintiff,

v.

SCOTT MITCHELL PETERSON, Defendant.

ORDER

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at an Initial Appearance for a Supervised Release Violation. It has come to the Court's attention that the summons was not served. Therefore,

IT IS HEREBY ORDERED that the bench warrant be quashed and a new summons issued.

Ordered this 20th day of January, 2005

s/ J Earl Cudd
J. EARL CUDD
UNITED STATES MAGISTRATE JUDGE