AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

2005 JAN 21 A 10: 56

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

v.

Case Number: CR 02-60(1) RHK

Scott Mitchell Peterson
[redacted]
West St Paul MN [redacted]

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: | **Courtroom 8E, 8th Floor**<br>**300 South Fourth Street**<br>**Minneapolis, MN 55415** |
| Before: | **Honorable J. Earl Cudd** |
| On: | **2/3/2005 at 11:00 AM** |

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release.

Gina Olsen, Deputy Clerk

Dated: January 20, 2005

SCANNED
JAN 31 2005
U.S. DISTRICT COURT MPLS

criminal\summons.frm

DC Modified 12/03/04

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Patrice Dettle Date: 1/27/05

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: [redacted]

[redacted]

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on January 27, 2005
Date

Al Garber
Name of United States Marshal

Patrice Dettle
(by) Deputy United States Marshal

Remarks: 1/27 1hr 22miles RT

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure