**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: J. Earl Cudd |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-60 RHK |
| | ) | Date: February 8, 2005 |
| **Scott Mitchell Peterson**, | ) | Court Reporter: None |
| | ) | Tape Number: 2005- |
| Defendant. | ) | Time Commenced: |
| | | Time Concluded: |
| | | Time in Court: 0 Hours & Minutes |

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

T **PRELIMINARY REVOCATION** _____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Joseph Walbran
Assistant U.S. Attorney

**Defendant:** Lyonel Norris
T FPD 9 CJA 9 Retained T Appointed

Interpreter: NA // English

On 9 Indictment 9 Information 9 Complaint Violation of 9 **Pre-trial Release** T **Supervised Release**

9 **Charges from other District** ________________________________________________

9 Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $______________________ with conditions, see Order Setting Conditions of Release.

9 Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before __________________on____________________.

9 Removal Order to be Issued 9 **No** Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information: **Hearing was canceled per phone call from defense. Defendant waives preliminary revocation hearing. Counsel to contact Judge Kyle's chambers for Final Revocation hearing date.**

s/Joan Flood
Signature of Judicial Assistant