PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Scott Mitchell Peterson**

**Docket No. 0:02CR00060-001(RHK)**

**AMENDED Petition on Supervised Release**

COMES NOW **DOUGLAS S. STEVENS**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Scott Mitchell Peterson** who was sentenced on February 21, 2001, by the Honorable Barbara B. Crabb, sitting in the court Western District of Wisconsin, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Register with Local Law Enforcement/State Attorney General
- Mental Health Aftercare
- Financial Information
- Restitution $53,491.87
- No New Lines of Credit
- Abstain from Alcohol and Illegal Drug Use

On February 21, 2002, jurisdiction was transferred to the District of Minnesota.

*Modified as of 1/21/2004*:

- 50 hours community service work

*Modified as of 7/7/2004*:

- 75 hours community service work (total 125 hours)

*Modified as of 8/18/2004*:

- 90 days home confinement/electronic monitoring

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #6: Abstain from the use of alcohol and illegal drug use and sales and from association with drug users and sellers and participate in a program of substance abuse treatment and testing to include the Sobrietor, as directed by the supervising U.S. probation officer. If the Sobrietor is used, defendant is to pay the cost.

On December 17, 2004, Mr. Peterson consumed alcohol. His breath alcohol concentration was .153. On the same date, Mr. Peterson admitted to consuming alcohol.

SCANNED
FEB 17 2005
U.S. DISTRICT COURT ST. PAUL

**On February 11, 2005, Mr. Peterson failed to report for a scheduled urinalysis and breathalyser. Mr. Peterson advised he was shopping with his child and girlfriend until after the closing of the treatment facility.**

PRAYING THAT THE COURT WILL ORDER **That the Petition on Supervised Release dated December 23, 2004, be amended to include the additional violation noted above.**

**[On February 3, 2005, Mr. Peterson was summoned into court and appeared for his Initial Appearance Hearing.]**

ORDER OF THE COURT

Considered and ordered this 17th day of February 2005, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
U.S. District Judge

Respectfully,

Douglas S. Stevens
U.S. Probation Officer

Place St. Paul
Date February 16, 2005