**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Scott Michael Peterson,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Richard Kyle
U.S. Judge

Case No: Cr. 02-60 RHK
Date: March 8, 2005
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 9:30
Time Concluded: 10:00
Time in Court: Hours & 30 Minutes

APPEARANCES:

Plaintiff: Joseph Walbran, Assistant U.S. Attorney
Defendant: Lyonel Norris 9 FPD 9 CJA 9 Retained 9 To be appointed

REVOCATION/SENTENCING - Defendant's supervised release is modified to include 1. 120 days home confinement with electronic monitoring and alcohol detection device. Defendant is responsible for costs of these programs. Defendant required to remain at his residence during the hours of 9:00 pm to 6:00 am each day for random testing purposes.

s/Deborah Siebrecht
Calendar Clerk