UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

ORDER
Cr. 02-60 RHK

Scott Michael Peterson,

Defendant.

---------------------------------------------------------------

IT IS ORDERED THAT, defendant's term of supervised release be continued to the original expiration date with the same terms and conditions. The court imposes additional conditions of supervised release as follows:

1. Defendant is placed on home confinement for a period of 120 days with electronic monitoring and alcohol detection device. Defendant is responsible for any costs of these programs. Defendant is required to remain at his residence during the hours of 9:00 pm to 6:00 am each day for random testing purposes.

Dated: March 8, 2005.

s/ Richard H. Kyle
Richard H. Kyle, Judge
United States District Court