**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Scott Mitchell Peterson (01),**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Jonathan G. Lebedoff<br>U.S. Chief Magistrate Judge<br><br>Case No: CR 02-60 RHK<br>Date: May 18, 2005<br>Court Reporter: None<br>Tape Number: Not available<br>Time Commenced: 3:15 p.m.<br>Time Concluded: 3:20 p.m.<br>Time in Court: 5 Minutes |

## APPEARANCES:

**Plaintiff:** Tom Hollenhorst
Assistant U.S. Attorney

**Defendant:** Katherine Menendez
T FPD 9 CJA 9 Retained T To be appointed

Interpreter: NA // English
Date Charges Filed: May 9, 2005 Offense: Tested positive for alcohol. Refused further detection testing.
TCharges read into record 9 Waived Reading of Charges T Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release T**Supervised Release**

9 Charges from other District ____________________________________________

T Government moves for detention.
Motion is: T granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

Bond set in the amount of __________ with conditions, see Order Setting Conditions of Release.

Next appearance date is May 23, 2005 at 9:30 a.m. before Magistrate Judge Arthur J. Boylan for:

T detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg T preliminary revocation hrg

9Detention hearing waived 9 Preliminary hearing waived 9Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:

s/Joan Flood
Signature of Judicial Assistant