**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-60 RHK |
| | ) | Date: May 23, 2005 |
| **Scott Mitchell Peterson (01),** | ) | Court Reporter: None |
| | ) | Tape Number: 14-2659-3019 |
| Defendant. | ) | Time Commenced: 9:40 a.m. |
| | | Time Concluded: 9:50 a.m. |
| | | Time in Court: 10 Minutes |

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

T **PRELIMINARY REVOCATION/DETENTION HRG** ____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Joseph Walbran
Assistant U.S. Attorney

**Defendant:** Lyonel Norris
T FPD 9 CJA 9 Retained T Appointed

Interpreter : NA // English

On 9 Indictment 9 Information 9 Complaint Violation of 9 Pre-trial Release T **Supervised Release**

9 Charges from other District ____________________________________________

T Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.

9 Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before ________________on__________________.

9 Removal Order to be Issued 9 **No** Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information: **Counsel to contact Judge Kyle's calendar clerk for Final Revocation hearing date.**

s/Joan Flood
Signature of Judicial Assistant