A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 MAY -9 P 4: 34

UNITED STATES OF AMERICA

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 02-60 (1) RHK**

0541-0509-1060-D

Scott Mitchell Peterson

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Scott Mitchell Peterson

and bring him or her forthwith to the nearest Magistrate Judge to answer an Petition and Order charging him or her with:

Violation of Supervised Release

Ordered by: Richard H. Kyle, United States District Court Judge.

(By) Leah E. Gilgenbach, Deputy Clerk

May 9, 2005 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________________ Date of Arrest: __________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 5-18-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY

SCANNED
MAY 24 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04