**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Richard Kyle, U.S. Judge |
| v. | ) | |
| | ) | |
| Scott Peterson, | ) | Case No: Cr. 02-60 RHK 1 |
| Defendant. | ) | Date: June 1, 2005 |
| | ) | Court Reporter: Robert Riley |
| | ) | Tape Number: |
| | ) | Time Commenced: 9:00 |
| | | Time Concluded: 9:15 |
| | | Time in Court: Hours & 15 Minutes |

APPEARANCES:

Plaintiff: Joseph Dixon, Assistant U.S. Attorney
Defendant: Lyonel Norris 9 FPD 9 CJA 9 Retained 9 To be appointed

PROCEEDINGS: FINAL REVOCATION - Defendant admits violation court modified supervise release conditions to include: 1) Defendant shall reside for 120 days in a community corrections facility, with work release.

2) Defendant is required to participate in relapse and/or outpatient treatment at the direction of the probation officer.

s/Deborah Siebrecht
Calendar Clerk