UNITED STATES OF AMERICA,
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

vs ORDER

CR 02-60 RHK

Scott Peterson,

Defendant.

-----------------------------------------------

Court orders that defendant's supervision release is continued to the original expiration date with the same terms and conditions. Court imposes additional conditions to supervised release as follows:

1. Defendant shall reside for a period of 120 days in a community correction facility as approved by the probation officer and shall observe the rules of that facility. Defendant may have work release privileges.
2. Defendant is required to participate in Relapse and/or outpatient treatment at the direction of the probation officer.

Dated: June 1 , 2005

s/ Richard H. Kyle
Richard H. Kyle, Judge
U. S. District Court