PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Scott Mitchell Peterson**

**Docket No. 0:02CR00060-001()**

**Petition on Supervised Release**

COMES NOW **DOUGLAS S. STEVENS**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Scott Mitchell Peterson** who was sentenced for False Statements on Loan Application and Supplying False Social Security Number on February 21, 2001, by the Honorable Barbara B. Crabb, sitting in the court of the Western District of Wisconsin who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Register with local law enforcement/state attorney general; mental health; financial disclosure; restitution of $53,491.87; no new debt/credit; and abstain from alcohol and illegal drug use

On February 21, 2002, jurisdiction was transferred to the District of Minnesota.

> 50 hours community service work (modified on January 21, 2004)
>
> 75 hours community service work, total 125 hours (modified on July 7, 2004)
>
> 90 days home confinement/electronic monitoring (modified on August 18, 2004)
>
> 120 days home confinement/electronic monitoring and 120 days alcohol detection device (modified on March 8, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION: The defendant shall perform 50 hours of community service, as approved by the probation officer.
>
> SPECIAL CONDITION: The defendant shall perform 75 hours of community service, as approved by the probation officer.
>
> SPECIAL CONDITION: Pay remaining restitution in monthly installments.

Mr. Peterson failed to complete 125 hours of community service, pay the balance of restitution, and pay the balance of electronic monitoring fees which were not satisfied as instructed by February 11, 2006, the expiration of the original term of supervised release.

SCANNED
FEB 13 2006
U.S. DISTRICT COURT ST. PAUL

cc: AUSA, PD, Po/JSM

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 10th day of February, 2006, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens

Douglas S. Stevens
U.S. Probation Officer

Executed on February 9, 2006
Place Minneapolis