UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-60

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| SCOTT MITCHELL PETERSON, Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

02-60

<u>Defendant Name</u>

Scott Mitchell Peterson

<u>Remove AUSA</u>

James E. Lackner

<u>Add AUSA</u>

Nicole A. Engisch

Dated: February 15, 2006

THOMAS B. HEFFELFINGER
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney