**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-60(1)(RHK) |
| | ) | Date: 2/21/06 |
| SCOTT MITCHELL PETERSON, | ) | Court Reporter: N/A |
| | ) | Tape Number: 3-340/810 |
| Defendant. | ) | Time Commenced: 2:40 p.m. |
| | ) | Time Concluded: 2:45 p.m. |
| | ) | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Nicole Engisch, Assistant U.S. Attorney
Defendant: Andrew Mohring, Assistant Federal Public Defender

☒ To Be Appointed

Date Charges Filed: 2/13/06 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention, motion granted

☒ Detention Hearing Waived ☒ Preliminary Hearing Waived

☒ Defendant detained, Government to prepare proposed Detention Order

☒ Final Revocation Hearing before Judge Richard H. Kyle on March 6, 2006 at 8:30 a.m. in Courtroom 1, St. Paul, Minnesota

s/Katie Haagenson
Judicial Assistant