AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

2006 FEB 13 P 2:34

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

RECEIVED U.S. MARSHAL ST. PAUL MINN

v.

Case Number: CR 02-60 (1) RHK

Scott Mitchell Peterson

RECEIVED 06 FEB 17 PM 4:23 CLERK, U.S. DIST. COURT MINNEAPOLIS, MN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E, Eighth Floor**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Janie S. Mayeron**

On: **February 21, 2006 at 1:30 p.m.**

To answer a(n) Violation of Supervised Release.

Mary Kay Furchner

Mary Kay Furchner, Deputy Clerk

Dated: February 13, 2006

SCANNED FEB 21 2006 U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me:[1] NANCY SCHMIDT Date: 2/15/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USMS office – Mpls MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2/15/06
Date

AL GARBER
Name of United States Marshal

NSchmidt
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure