REDACTED
Public Disclosure

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-60 RHK

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SCOTT M. PETERSON, Defendant, and WESTERN DELIVERY, Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Scott M. Peterson, Social Security Number, XXX-XX-7213, with the last known address of XXXXXX, West St. Paul, MN 55118.

The judgment was entered on February 21, 2001, for monetary impositions. The judgment was entered in the amount of $53,491.87, plus interest and costs.

As of December 8, 2005, after applying payments, if any, the balance on this judgment debt was $42,801.87 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from March 19, 2002, at a rate of 0% per annum.

SCANNED
MAR 14 2006
U.S. DISTRICT COURT ST. PAUL

Writ Issued

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is:

Western Delivery
527 Eaton St.
St. Paul, MN 55107

Dated: March 10, 2006

RACHEL K. PAULOSE
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600