**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Scott Michael Peterson,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Richard H. Kyle
U.S. Judge

Case No: Cr. 02-60 RHK 1
Date: March 17, 2006
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 11:45
Time Concluded: 12:00
Time in Court: Hours & 15 Minutes

## APPEARANCES:

Plaintiff: Erica McDonald, Assistant U.S. Attorney
Defendant: Lyonel Norris 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS: FINAL REVOCATION:

Court extends Supervised Release - to February 11, 2007.
Additional Conditions:
1. Complete 125 Hour Community Service by August 1, 2006.

s/Deborah Siebrecht
Calendar Clerk