UNITED STATES OF AMERICA,
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

vs ORDER

CR 02-60 RHK

Scott Peterson,

Defendant.

-----------------------------------------------

Court orders that defendant's supervision release is extended to February 11, 2007 with the same terms and conditions. Court imposes additional condition to supervised release as follows:

1. Defendant shall complete 125 hours of Community Service by August 1, 2006.

Dated: March 16, 2006

s/ Richard H. Kyle
Richard H. Kyle, Judge
U. S. District Court