**WESTERN DELIVERY**
5605 Wentworth Avenue, Minneapolis, MN 554
Telephone 651-665-0702 - Toll Free 888-292-8294 - Facsimile 651-665-0264

RECEIVED
APR 13 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2006 APR
U.S. ATTORNEY
DIST. OF MINN.

March 30, 2006

U. S. Department of Justice
United States Attorney
District of Minnesota

Attention: **Mary L. Trippler**

Re: United States v. Scott M. Peterson
Criminal No. 02-60 RHK

Dear Ms. Trippler

In response to the Garnishment Order served to our Company and subsequent telephonic conversation between our Office Manager and yourself, we herein confirm that Scott M. Peterson is not an employee of Western Delivery, Inc.

He, as all our drivers, is an independent contractor. He is paid only for work completed successfully and invoiced on a weekly basis. We do not withhold any State or Federal Income Tax, or any other Withholdings.

We can however confirm that for the first twelve (12) weeks of the current year (1/1 to 3/24 of 2006) he has earned a total of $3765.66. He is responsible to pay for all his own vehicle and gas expenses.

Due to the above-described circumstances we are unable to complete the documents we have received from you, but we are at your service and will co-operate in any manner you request.

Sincerely

Robert J. Exner
CEO

Fotis Touroutoutoudis
Office Manager

SCANNED
APR 14 2006
U.S. DISTRICT COURT MPLS