PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Scott Mitchell Peterson**

**Docket No. 0:02CR00060-001()** RHK

**Petition on Supervised Release**

COMES NOW **DOUGLAS S. STEVENS**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Scott Mitchell Peterson** who was sentenced for False Statements on Loan Application and Supplying False Social Security Number on February 21, 2001, by the Honorable Barbara B. Crabb, sitting in the court of the Western District of Wisconsin who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Register with local law enforcement/state attorney general; mental health; financial disclosure; restitution of $53,491.87; no new debt/credit; and abstain from alcohol and illegal drug use
> **On February 21, 2002, jurisdiction was transferred to the District of Minnesota.**
> 50 hours community service work (modified on January 21, 2004)
> 75 hours community service work, total 125 hours (modified on July 7, 2004)
> 90 days home confinement/electronic monitoring (modified on August 18, 2004)
> 120 days home confinement/electronic monitoring and 120 days alcohol detection device (modified on March 8, 2005)
> 120 days community corrections center placement with work release and relapse and/or outpatient treatment (modified on June 1, 2005)
> Term of supervised release extended to February 11, 2007, and 125 hours of community service to be completed by August 1, 2006 (modified on March 16, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION: Abstain from the use of alcohol and illegal drug use and sales and from association with drug users and sellers and participate in a program of substance abuse treatment and testing to include the Sobrietor, as directed by the supervising U.S. probation officer. If the Sobrietor is used, defendant is to pay the cost.

On April 22, 2006, Mr. Peterson consumed alcohol. A breathalyser registered .195 and .187.

SCANNED
MAY 01 2006
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 28th day of April, 2006, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on April 25, 2006
Place Minneapolis