UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-60 RHK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SCOTT M. PETERSON, Defendant, WESTERN DELIVERY, Garnishee. | ) | **GARNISHMENT ORDER** |

TO: Scott Peterson, defendant at XXX XXXXXXXXX, West St. Paul, MN 55118, and Western Delivery, garnishee at 527 Eaton St., St. Paul, MN 55107

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about March 23, 2006.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about April 12, 2006. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about March 27, 2006, the defendant was personally

served with notice of the right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 25% of the debtor’s disposable earnings, by sending a check or money order made payable to the "U.S. Clerk of Court" as they become due and owing, in care of the United States Clerk of Court, 202 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including costs, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $147.46; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff as they become due and owing.

Dated: 5/12/06

Judge Richard H. Kyle
RICHARD H. KYLE
United States District Judge