# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

United States of America,
Plaintiff

v.

Scott Mitchell Peterson,
Defendant

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Case No: 02-60 RHK

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Andrew H. Mohring is substituted as appointed counsel in place of Lyonel Norris in the representation of the above named defendant.

Dated: May 22, 2006

***s/ Andrew H. Mohring***
ANDREW H. MOHRING
Attorney ID No. 190731
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: May 22, 2006

***s/ Lyonel Norris***
LYONEL NORRIS
Attorney ID No. 165888
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415