**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Scott Michael Peterson,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Richard Kyle<br>U.S. Judge<br><br>Case No: Cr. 02-60<br>Date: June 13, 2006<br>Court Reporter: Robert Riley<br>Tape Number:<br>Time Commenced: 8:00<br>Time Concluded: 8:30<br>Time in Court: Hours & 30 Minutes |

## APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Andrew Mohring 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**

Defendant's Supervised Release modified to include:

The defendant shall reside for a period of up to 60 days in a community corrections facility as approved by the probation officer and shall observe the rules and regulations of that facility.

Court recommends confinement be at Volunteers of America.

Supervised release shall terminate at the completion of the 60 days community confinement.

s/Deborah Siebrecht
Calendar Clerk