UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,
Plaintiff

vs Cr. 02-60 RHK

Scott Michael Peterson,
Defendant.

-----------------------------------------------------------------

Defendant's Supervised Release modified to include:

The defendant shall reside for a period of up to 60 days in a community corrections facility as approved by the probation officer and shall observe the rules and regulations of that facility.

Court recommends confinement be at Volunteers of America.

Supervised release shall terminate at the completion of the 60 days community confinement.

Dated: June 14, 2006

s/ Richard Kyle
Richard H. Kyle, Judge
United States District Court